Lucy E. Wagman, Appellant, *v.* Ada L. Carpenter,
Respondent, Impleaded with Others.

Reported below, 42 App. Div. 630.

(Argued November 20, 1899; decided November 28, 1899.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1899, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the appeal is without merit; that no appeal has been allowed, and that the exceptions are frivolous.

*James W. Verbeck* and *Charles M. Davison* for motion.

*Winsor B. French* opposed.

Motion denied, with ten dollars costs.

---

Eugene A. Johnson, Respondent, *v.* The Long Island Railroad Company, Appellant.

(Submitted November 20, 1899; decided November 28, 1899.)

Motion to open default, by reason of which appeal was dismissed for failure to file return.

The appeal which was dismissed was taken from an interlocutory judgment of the Appellate Division, containing leave to appeal to the Court of Appeals, but not certifying any question for review. The order was subsequently resettled, questions were formulated, and since then another appeal has been taken.

*William J. Kelly* for motion.

*Scott & Treadwell* opposed.

Motion denied, with ten dollars costs, upon the ground that the last appeal only is regular.   (160 N. Y. 312.)